1  FENNEMORE CRAIG, P.C.
2  SHANNON S. PIERCE (NV Bar No. 12471)
   7800 Rancharrah Parkway
3  Reno, Nevada 89511
   Tel (775) 788-2200; Fax (775) 786-1177
4  Email: spierce@fennemorelaw.com

5  *Attorneys for Defendant*
   *Equus Management Group*

6

7                    **UNITED STATES DISTRICT COURT**

8                           **DISTRICT OF NEVADA**

9

10  AUDREY SMITZ, an individual          CASE NO: 3:25-cv-00568-ART-CLB

11           Plaintiff,

12      vs.                              **ORDER GRANTING STIPULATION TO CONTINUE RESPONSIVE PLEADING DEADLINE**

13  EQUUS MANAGEMENT GROUP, a Nevada corporation

14                                       **(FIRST REQUEST)**
             Defendant.
15

16      WHEREAS, on October 16, 2025, Plaintiff caused the summons and complaint in this action

17  to be served on Defendant;

18      WHEREAS, the current deadline for Defendant to file its responsive pleading(s) is

19  November 7, 2025;

20      WHEREAS, Defendant only recently retained counsel in this matter, and the Parties are

21  currently discussing whether to pursue potential early resolution;

22      NOW, THEREFORE, the parties, by and through their respective counsel of record,

23  **STIPULATE AND AGREE** as follows:

24      1. The deadline by which Defendant must file its responsive pleading(s), currently

25         scheduled for November 7, 2025, is continued by two (2) weeks, to **November 21, 2025**;

26      2. No other deadlines will be affected.

27      Pursuant to LR IA 6-1, the parties state that this is the first extension of any deadline in this

28  case. Good cause exists for this extension, as the parties are currently evaluating potential early

61319550.1

1

resolution and need additional time to determine whether such resolution is feasible. In addition, Defendant only recently retained counsel, and defense counsel needs additional time to prepare a responsive pleading.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: November 6, 2025                    /s/  Marian L. Massey
                                           Marian L. Massey
                                           Greenberg Gross LLP

                                           *Attorney for Plaintiff Smitz*

Dated: November 6, 2025                    /s/  Shannon S. Pierce
                                           Shannon S. Pierce
                                           FENNEMORE CRAIG, P.C.

                                           *Attorney for Defendant*
                                           *Equus Management Group*

**ORDER**

**IT IS SO ORDERED**.

_____
UNITED STATES MAGISTRATE JUDGE

Dated:  November 6, 2025

61319550.1

2