FENNEMORE CRAIG, P.C.
SHANNON S. PIERCE (NV Bar No. 12471)
7800 Rancharrah Parkway
Reno, Nevada 89511
Tel (775) 788-2200; Fax (775) 786-1177
Email: spierce@fennemorelaw.com

*Attorneys for Defendant*
*Equus Management Group*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AUDREY SMITZ, an individual<br><br>Plaintiff,<br><br>vs.<br><br>EQUUS MANAGEMENT GROUP, a Nevada corporation<br><br>Defendant. | CASE NO: 3:25-cv-00568-ART-CLB<br><br>**ORDER GRANTING STIPULATION TO CONTINUE RESPONSIVE PLEADING DEADLINE**<br><br>**(SECOND REQUEST)** |

WHEREAS, on October 16, 2025, Plaintiff caused the summons and complaint in this action to be served on Defendant;

WHEREAS, on stipulation of the Parties, the Court previously extended the deadline for Defendant to file its responsive pleading(s) to November 21, 2025, because the Parties were in discussions about potential early resolution;

WHEREAS, the Parties' discussions concerning potential early resolution are ongoing and expected to be completed in the next two (2) weeks;

NOW, THEREFORE, the parties, by and through their respective counsel of record, **STIPULATE AND AGREE** as follows:

1. The deadline by which Defendant must file its responsive pleading(s), currently scheduled for November 21, 2025, is continued by two (2) weeks, to **December 5, 2025**;
2. No other deadlines will be affected.

Pursuant to LR IA 6-1, the parties state that this is the second extension of any deadline in

61319550.1

1

1  this case.  Good cause exists for this extension, as the parties are currently evaluating potential early
2  resolution and need additional time to determine whether such resolution is feasible.

3  **IT IS SO STIPULATED.**

4  Respectfully submitted,

5  Dated: November 20, 2025                              */s/  Marian Massey*
6                                                        Marian L. Massey
                                                         Greenberg Gross LLP
7                                                        *Attorney for Plaintiff Smitz*

9  Dated: November 20, 2025                              */s/  Shannon S. Pierce*
10                                                       Shannon S. Pierce
                                                         FENNEMORE CRAIG, P.C.
11                                                       *Attorney for Defendant*
12                                                       *Equus Management Group*

**ORDER**

**IT IS SO ORDERED**.

_____
UNITED STATES MAGISTRATE JUDGE

Dated:   November 21, 2025

61319550.1

2