FENNEMORE CRAIG, P.C.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

AUDREY SMITZ, an individual,

        Plaintiff,

    v.

EQUUS MANAGEMENT GROUP, a Nevada Corporation,

        Defendant.

Case No.  3:25-cv-00568-ART-CLB

**ORDER GRANTING**

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED,** by and between Plaintiff Audrey Smitz and Defendant Equus Management Group, by and through their respective undersigned counsel of record that the above-entitled matter be dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

63330765

**IT IS SO STIPULATED.**

Dated: February 9, 2026.

**FENNEMORE CRAIG, P.C.**

By: */s/ Shannon S. Pierce*

Shannon S. Pierce (Bar No. 12471)
7800 Rancharrah Parkway
Reno, NV 89511
Telephone: (775) 788-2200
Email: spierce@fennemorelaw.com
*Attorneys for Equus Management Group*

Dated: February 9, 2026

**GREENBERG GROSS LLP**

*/s/ Marian L. Massey*

Marian L. Massey
Greenberg Gross LLP

*Attorney for Plaintiff Smitz*

**IT IS SO ORDERED.**

Dated:  This 10th day of February, 2026.

Anne R. Traum
United States District Judge

2

63330765